# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STEPHEN LAWRENCE, Individually and as the Personal Representative of the Estate of Payton Lawrence | § § § | |
| | § | CIVIL ACTION NO. 3:24-CV-3141-S |
| v. | § § | |
| CITY OF MESQUITE, TEXAS, and JACK FYALL | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants' Rule 12(b)(6) Motion to Dismiss Amended Complaint [ECF No. 28] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Court **GRANTS** Defendants' motion to dismiss Plaintiff Stephen Lawrence's municipal liability claims against Defendant City of Mesquite, Texas, but **DENIES** Defendants' motion to dismiss Plaintiff's excessive force and state law wrongful death and survival claims against Defendant Jack Fyall.

**SO ORDERED.**

SIGNED September 10, 2026.

**UNITED STATES DISTRICT JUDGE**